```
 1  MICHAEL COSENTINO, State Bar No. 83253
    Attorney at Law
 2  P.O. Box 129
    Alameda, CA  94501
 3  Telephone: (510) 523-4702

 4  Attorney for Plaintiff
    United States of America
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | NO. C01-03517 M *JcS* |
| v. | |
| CAROL J. FULTON aka<br>CAROL J. FISHER, | **STIPULATED GARNISHMENT ORDER** |
| Defendant, | |
| and | |
| LEIGH HIGH SCHOOL, | |
| Garnishee. | |

IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of America, and Judgment Debtor, CAROL J. FULTON aka CAROL J. FISHER, that garnishee, LEIGH HIGH SCHOOL, withhold $100.00 each month from Judgment Debtor's non-exempt disposable income, until the entire judgment principal of $2,251.36, plus interest at the rate of 2.350% per annum on said principal, compounded annually pursuant to 11 USC §1961(b), commencing judgment entry date of November 29, 2001, for total interest through and including December 17, 2007, in the amount of $429.84, plus interest at the rate of 2.350% compounded annually on November 29 on principal of $2,251.36 from December 17, 2007, until the entire judgment balance has been paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order

of this court.

IT IS HEREBY FURTHER STIPULATED that LEIGH HIGH SCHOOL, Garnishee, immediately remit to the United States Department of Justice the above mentioned payments.

IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the U.S. Department of Justice, and be mailed to the Department of Justice, Central Intake Facility, P.O. Box 70932, Charlotte, NC, 28272-0932, referencing the judgment debtor's CDCS Claim number **2000B30366** on each check for posting purposes.

By her signature hereafter, CAROL J. FULTON aka CAROL J. FISHER acknowledges that she has read, understands and waives all of her rights under the CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION FORM and the WRIT OF CONTINUING GARNISHMENT and the APPLICATION FOR WRIT OF CONTINUING GARNISHMENT in exchange for the herein payment stipulation.

IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. It is understood that any appeal from a judgment entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

Dated: December 17, 2007

_____
Michael Cosentino, Counsel for United States

Dated: 7/15/08

_____
CAROL J. FULTON aka CAROL J. FISHER

**IT IS SO ORDERED.**

Dated: January 23, 2008

_____
UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero

stipulated garnishment order, US v Fulton, cand # 01-03517

2